USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

TRISA HARRIS,

                                        Plaintiff,                        24-CV-7699 (VEC)

                   -against-

LANGSTON RETAIL, LLC & AMAZING CITY               ORDER
FASHION INC.,

                               Defendants.

------------------------------------------------------------------- X

      WHEREAS on October 24, 2024, Plaintiff served the Complaint on Defendant Amazing City Fashion Inc. ("Amazing City"), *see* Dkt. 8;

      WHEREAS on February 21, 2025, Defendant Langston Retail, LLC ("Langston) filed its answer and asserted a crossclaim against Amazing City, *see* Dkt. 17;

      WHEREAS on February 26, 2025, Defendant Langston served Amazing City with its crossclaim, *see* Dkt. 18;

      WHEREAS to date, Amazing City has not appeared in the litigation and its time to respond has passed; and

      WHEREAS on March 13, 2025, Plaintiff filed a proposed clerk's certificate of default, *see* Dkt. 19.

      IT IS HEREBY ORDERED that Plaintiff and Defendant Langton must move for a default judgment against Defendant Amazing City, consistent with the procedures in Attachment A to the Undersigned's Individual Practices in Civil Cases by April 11, 2025.

**IT IS SO ORDERED.**

DATED:  March 21, 2025

                                                                   **HON. VALERIE CAPRONI**
                                                                   **UNITED STATES DISTRICT JUDGE**