```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRISA HARRIS,

                                 Plaintiff,           24-CV-7699 (VEC)

                 -against-

LANGSTON RETAIL, LLC & AMAZING CITY          DEFAULT JUDGMENT
FASHION INC.,

                               Defendants.
-------------------------------------------------------------- X

        WHEREAS on October 24, 2024, Plaintiff served the Complaint on Defendant Amazing City Fashion Inc. ("Amazing City"), *see* Dkt. 8;

        WHEREAS on February 21, 2025, Defendant Langston Retail, LLC ("Langston) filed its answer and asserted a crossclaim against Amazing City, *see* Dkt. 17;

        WHEREAS on February 26, 2025, Defendant Langston served Amazing City with its crossclaim, *see* Dkt. 18;

        WHEREAS to date, Amazing City has not appeared in the litigation and its time to respond has passed; and

        WHEREAS on April 11, 2025, Langston moved for default judgment against Amazing City, *see* Dkt. 29;

        WHEREAS the Court's April 21, 2025 Order set a default judgment hearing on May 23, 2025, *see* Dkt. 32, and Langston filed proof of service of the Order on Amazing City, *see* Dkt. 33; and

        WHEREAS the parties appeared before the Court on May 23, 2025, and Amazing City did not appear.

        IT IS HEREBY ORDERED that a default judgment is entered against Amazing City on Langston's crossclaim as to liability only.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 29.

**IT IS SO ORDERED.**

DATED: May 23, 2025

_____
**HON. VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**