UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2026
```

------------------------------------------------------------------X

TRISA HARRIS,                                              :

                             Plaintiff,      :          24-CV-7699 (VEC)

        -against-                                       :

                                                              :          ORDER

LANGSTON RETAIL, LLC,                                      :

                            Defendant.      :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 16, 2025, the Court referred the parties to the Court-annexed

Mediation Program, Dkt. 38, and mediation conferences were held in September and October.

IT IS HEREBY ORDERED that the parties must appear before the Court on **January 30,**

**2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, New York, New York, 10007.  If the parties reach a negotiated resolution before then,

they may inform the Court that the status conference is no longer necessary.


**SO ORDERED.**

**Date:  January 7, 2026**
       **New York, NY**
                                              **VALERIE CAPRONI**
                                 **United States District Judge**