

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** 914.353.3850 • **fax** 914.353.3851 • www.wshblaw.com

**Jared K. Levy**

**direct dial** 914.353.3859
**email** jlevy@wshblaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2026
```

April 3, 2026

***VIA ECF***

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Request for Adjournment of April 10, 2026 Status Conference,
ECF No. 22 Trisa Harris v Langston Retail, LLC; Docket No. 1:24-
cv-07699 (VEC)***

Dear Judge Caproni:

My Firm represents Defendant, Langston Retail, LLC ("Defendant"), in the above referenced matter. As an initial matter, we are happy to advise that the confidential settlement agreement between Plaintiff and Defendant has been finalized and executed.

This Court has scheduled a conference in relation to Defendant's letter motion seeking leave to file the settlement agreement for April 10, 2026. However, I have a previously scheduled motion hearing on the same date before Judge Kevin J. O'Connor in the Superior Court of New Jersey Law Division, Essex County, Docket No: ESX-L-007427-24. My firm does not otherwise have available coverage for Defendant on this date. Accordingly, Defendant requests that this conference be adjourned to May 1, 2026. To the extent this Court is not able to schedule the conference on May 1, 2026, Defendant requests that the court adjourn the conference to the next available date for the Court.

Plaintiff and Amazing City Fashion Inc. have consented to this request and their counsel are available on the date provided above. This is the first request for adjournment of this conference.

We thank this Court for its time and attention to this matter.

**WOOD • SMITH • HENNING • BERMAN**

The Honorable Valerie E. Caproni
Our File No.: 10314-0141
April 3, 2026
Page 2

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP


By:   ___/s/ Jared K. Levy_____
        Jared K. Levy, Esq.

42629259.1:10314-0141

Application GRANTED.  The conference currently scheduled for Friday, April 10, 2026, is rescheduled to **Friday, May 1, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.                    4/6/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE