# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

**MEMO ENDORSED**

April 28, 2026

*Via ECF*
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/29/2026 |

Re:    *Request for Adjournment of May 1, 2026 Conference*
       *Trisa Harris v. Langston Retail, LLC, et al.; 1:24-cv-07699-VEC*

Dear Judge Caproni:

This firm represents Plaintiff Trisa Harris in the above-referenced matter. We write to respectfully ask the Court to adjourn the conference currently scheduled for May 1, 2026 to either May 15, 2026 or June 12, 2026, or to a later date convenient for the Court.

Plaintiff makes this request due to a scheduling conflict that was only identified yesterday evening. The undersigned has a previously scheduled professional commitment on May 1 and will be unable to appear for the conference. Moreover, as the undersigned has primary responsibility for this matter, including all aspects of settlement, and is fully familiar with the status of the case, the undersigned's attendance at the Court conference is necessary.

Defendants Langston Retail, LLC and Amazing City Fashion Inc. consent to this request and have confirmed their availability on the proposed dates.

This is Plaintiff's first request for an adjournment, and the second request to adjourn this conference overall.

Plaintiff apologizes for the inconvenience and thanks the Court for its time and consideration.

The conference currently scheduled for Friday, May 1, 2026, at 10:00 a.m. is now adjourned to **Friday, May 15, 2026, at 10:00 a.m.**

SO ORDERED.                         4/29/2026

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully,

/s/
Robert G. Hanski, Esq.