UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
TRISA HARRIS,                                            :
                                     Plaintiff,          :
                  -against-                              :
                                                        :
LANGSTON RETAIL, LLC, and AMAZING                       :
CITY FASHION INC.,                                       :
                                     Defendants.         :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026

24-CV-7699 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a conference on May 15, 2026.

IT IS HEREBY ORDERED that the parties must meet and confer regarding next steps. If, after conferring, the parties still request that the Court enter a default judgment for the undisclosed settlement amount, Defendant Langston Retail must provide legal authority for the Court to enter judgment for a sum certain that is not in the filed judgment **no later than May 29, 2026**. Defendant Langston Retail's submission must include examples of money judgments being entered for undisclosed monetary amounts in federal court.

IT IS FURTHER ORDERED that unless the parties reach a resolution and inform the Court, then they must appear before the Court for a conference on **Friday, August 7, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. If Defendant Amazing City Fashion Inc. believes that it can show good cause why it failed to appear and intends to file a motion to reopen the default judgment as to its liability, it should be prepared to discuss that at the conference. If at any point before then

the parties are interested in a referral to Magistrate Judge Parker for a settlement conference,

they should submit a joint letter to the Court requesting such a referral.

**SO ORDERED.**

_____

**Date:  May 15, 2026**                                            **VALERIE CAPRONI**
         **New York, NY**                                          **United States District Judge**